IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**DAVID GEORGE CHANDLER**,                    Civil Case No. 08-962-ST

                    Plaintiff,

                                        OPINION AND ORDER

        vs.

**MAX WILLIAMS**, Director Oregon Department
of Corrections; **R. COURSEY**, Acting Superintendent
Eastern Oregon Correctional Institution; **DON**
**MILLS**, Superintendent TRCI, until recently, super
at EOCI; **RANDY GEER**, Chief of Inmate Services
Oregon Department of Corrections; **R. MCGRAW**,
Transitional Services Manager at EOCI; **GEORGIANNA**
**EMERY**, employed as institutional counselor at EOCI,

                    Defendants.

        David George Chandler
        #14387170
        Eastern Oregon Correctional Institution
        2500 Westgate
        Pendleton, OR 97801-9699

                Pro Se Plaintiff

Page 1 - OPINION AND ORDER

John R. Kroger
Attorney General
Kristin A. Winges-Yanez
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

      Attorneys for Defendants

KING, Judge:

      The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and

Recommendation on December 21, 2010.  The matter is now before me pursuant to 28 U.S.C. §

636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure.  Decisions on dispositive

issues under 28 U.S.C. § 636(b)(1)(B) are reviewed de novo. United States v. Raddatz, 447 U.S.

667, 673 (1980); Bhan v. NME Hospitals, Inc., 929 F.2d 1404, 1414 (9th Cir. 1991). When a

party objects to any portion of the Magistrate's Findings and Recommendation, the district court

must make a de novo determination of that portion of the Magistrate's report.  28 U.S.C. §

636(b)(1)(C);  United States v. Remsing, 874 F.2d 614 (9th Cir. 1989).  Defendants object to the

Magistrate Judge's conclusion that there was a genuine issue of material fact on whether

defendants had responded reasonably to a substantial risk of serious harm to a group of inmates,

and therefore that defendants were not entitled to summary judgment in their favor.

      I have considered defendants' objections and given the Findings and Recommendation de

novo review, and find no legal error or clearly erroneous factual findings.  Accordingly, I

ADOPT the Magistrate Judge's Findings and Recommendations (doc. # 111). Defendants'

Motion for Summary Judgment (doc. # 66) is GRANTED as to Claims II, IV and V, and

defendants Geer and Clark are dismissed.  Defendants' Motion for Summary Judgment is

DENIED as to Claims I and III, with leave to renew the motions after completion of discovery.

IT IS SO ORDERED.

Dated this _____7th_____ day of March, 2011.


 /s/ Garr M. King_____
Garr M. King
United States District Judge